FRED W. METZGER

*v.-*

STATE OF ILLINOIS.

*Opinion filed March 8, 1923.*

STATE EMPLOYEE—*liability of State for traveling expenses.* The State is liable for the traveling and other incidental expenses incurred by claimant in the discharge of his duty, under the direction of the Department of Registration and Education.

Edward J. Brundage, Attorney General, for State.

This is a claim for $131.95 on account of traveling and other expenses incidental to the attendance by the claimant upon examinations for pharmacists under the directions of the Director of the Department of Registration and Education, in November, 1921.

The Attorney General in behalf of the defendant, comes and consents to the award of $131.95 without interest.

We, therefore, award the claimant the sum of $131.95 without interest.